UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS ALEXANDER ZAMORA MOLINA,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Respondent. | Case No. C26-3171-RSM<br><br>ORDER GRANTING PETITIONER'S MOTION TO APPOINT COUNSEL |

This matter comes before the Court on Petitioner Jesus Alexander Zamora Molina's Motion to Appoint Counsel. Dkt. #2. The Motion, filed on behalf of Petitioner by Assistant Federal Public Defender Rebecca Fish, states that Petitioner "does not have the financial resources to retain counsel" and "because the present petition presents novel and complex issues of law, appointment of counsel would serve the interests of justice." *Id*. at 1. Having reviewed the instant Motion, the petition, and remainder of the record, the Court finds that appointing counsel for Petitioner would further the interests of justice. *See* 18 U.S.C. § 3006A(a)(2)(B). The materials submitted in support of Petitioner's IFP application support Petitioner's financial eligibility for the appointment of counsel. *See* Dkt. #1.

Accordingly, the Court hereby finds and ORDERS that Petitioner's Motion to Appoint Counsel, Dkt. #2, is GRANTED. The Office of the Federal Public Defender is APPOINTED as Petitioner's counsel in this action pursuant to 18 U.S.C. § 3006A(a)(2)(B). The Clerk of Court is DIRECTED to send a copy of this Order to the Office of the Federal Public Defender and to Petitioner.

DATED this 15th day of September, 2026.

Ricardo S. Martinez
United States District Judge